# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| PPA GROUP, LLC §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>LLOYDS SYNDICATE SJC-2003; §<br>LLOYDS SYNDICATE HIS-0033; §<br>LLOYDS SYNDICATE AMA-1200; §<br>LLOYDS SYNDICATE TAL-1183; §<br>LLOYDS SYNDICATE APL-1969; §<br>LLOYDS SYNDICATE NAV-1221; §<br>LLOYDS SYNDICATE ADV-780; §<br>LLOYDS SYNDICATE QBE-1886; §<br>LLOYDS SYNDICATE ATL-1205; §<br>LLOYDS SYNDICATE SKD-1897; §<br>LLOYDS SYNDICATE CHN-2015; §<br>LLOYDS SYNDICATE ENH-5151; §<br>LLOYDS SYNDICATE FDY-435; §<br>AND LLOYDS SYNDICATE HDU-<br>382, §<br>§<br>*Defendants*. § | C.A. NO. 5:21-CV-00031-XR |

## **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff PPA Group, LLC ("Plaintiff") files this Notice of Dismissal to dismiss the above-entitled and numbered action without prejudice.

Dated:  February 2, 2021

Respectfully submitted,

By: */s/ Micah E. Skidmore*
    Micah E. Skidmore
    Texas Bar No. 24046856
    *Micah.skidmore@haynesboone.com*
    HAYNES AND BOONE, LLP
    2323 Victory Ave., Suite 700
    Dallas, TX  75219
    Telephone: (214) 651-5654
    Facsimile: (214) 200-0659

    Andrew Van Osselaer
    Texas Bar No. 24110471
    *Andrew.VanOsselaer@haynesboone.com*
    HAYNES AND BOONE, LLP
    600 Congress Avenue, Suite 1300
    Austin, Texas 78701
    Telephone: (512) 867.8400
    Facsimile: (512) 867.8470

    **ATTORNEYS FOR PLAINTIFF PPA GROUP, LLC**

4849-2534-8058